IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINCOLN GENERAL INSURANCE COMPANY** | : | **CIVIL ACTION NO. 1:CV-12-1534** |
| | : | |
| **Plaintiff** | : | **(CHIEF JUDGE KANE)** |
| | : | **(Magistrate Judge Schwab)** |
| **v.** | : | |
| | : | |
| **A&G COMMERCIAL TRUCKING, INC. and GKD MANAGEMENT, LP** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a May 23, 2013 report of the

Magistrate Judge.  No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY**

**ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Schwab.

2)  The Defendants' Motion to Dismiss (Doc. No. 6) is **DENIED**.

3)  A Case Management Conference will be held on July 17, 2013, at 2:00 p.m. A

revised Joint Case Management Plan shall be due on or before July 12, 2013.

Plaintiff's counsel shall initiate the conference call.  The Court telephone number is 717-

221-3990.

s/ Yvette Kane
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: June 11, 2013